No. 77–1426. CARGAL *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioner, convicted of distributing obscene materials under Ga. Code § 26–2101 (1975), asks this Court to decide the question:

"Whether jury instructions on *scienter* allowing a finding of 'constructive knowledge' in an obscenity case are sufficient to meet . . . constitutional minimum standards. . . ?" Pet. for Cert. 2.

In *Ballew* v. *Georgia,* 435 U. S. 223 (1978), we granted certio-

---

rari to consider, but did not reach, precisely this issue. See Pet. for Cert. in *Ballew* v. *Georgia*, O. T. 1977, No. 76–761, p. 2. I see no reason to suppose that this issue is any less worthy of consideration on certiorari now than it was when we accepted it in *Ballew*. For this reason, I would grant certiorari. See also *Sewell* v. *Georgia*, 435 U. S. 982 (1978) (BRENNAN, J., dissenting from dismissal of appeal); *Teal* v. *Georgia*, 435 U. S. 989 (1978) (same); *Robinson* v. *Georgia*, 435 U. S. 991 (1978) (BRENNAN, J., dissenting from vacation of judgment and remand). Barring this, I would grant this petition and summarily reverse. See *Ballew*, *supra*, at 246 (opinion of BRENNAN, J.); *Sanders* v. *Georgia*, 424 U. S. 931 (1976) (dissent from denial of certiorari).